UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-21597-CIV-GOODMAN

[CONSENT CASE]

GANSEVOORT FLA, LLC, a
Delaware limited liability
company,

    Plaintiff,

v.

SANDY LANE RESIDENTIAL
LLC, a Delaware limited liability
company, et al.

    Defendants.

_____

## FINAL ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice and Joint Motion to dismiss the case with prejudice. [ECF No. 53]. Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action by filing a stipulation of dismissal signed by all the parties who have appeared. Having reviewed the Joint Stipulation and being otherwise duly advised, the Court

**DISMISSES** this case **WITH PREJUDICE**. This case is **CLOSED** and all pending motions are **DENIED AS MOOT**. The parties shall bear their own attorneys' fees and costs. The Court retains jurisdiction solely to enforce the

terms of the parties' Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 26th day of June 2012.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record